UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

HASSAN LABRAN,

    Defendant.

-----------------------------------------------------------------X

13 CR 874-03 (CM)

ORDER

**Colleen McMahon,** Chief Judge:

    The Court will hold a conference in this matter on **November 5**, at **9:00 a.m.**, using the Skype call platform. The public and press may access the audio feed of the conference by calling 888-363-4749, and entering access code 9054506.

Dated: November 3, 2020
      New York, New York

                                              Colleen McMahon
                                              Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/20