UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                   13 CR 874-03 (CM)

HASSAN LABRAN,                                  ORDER

            Defendant.

--------------------------------------------------------------X

**Colleen McMahon,** Chief Judge:

       The Court will hold a conference in this matter on **December 3, 2020, at 1:00 p.m.,** using the Skype video call platform—the Skype link and logon instructions will be emailed to the parties. The public and press may access the audio feed of the conference by calling 888-363-4749, and entering access code 9054506.

Dated: November 23, 2020
       New York, New York

                                                       Colleen McMahon
                                                       Chief Judge