UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :      **ORDER**
                                    :
HASSAN LABRAN,                      :
                                    :      13 Cr. 874 (CM)
            Defendant.              :
                                    :
------------------------------------x

    WHEREAS, defendant HASSAN LABRAN requests to schedule a proceeding to enter a guilty plea before a Magistrate Judge;

    WHEREAS, the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS, the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone because videoconferencing is not reasonably available;

    WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/21

THE COURT HEREBY FINDS, that because the defendant has consented to proceeding remotely and because of the length of the pendency of the case, including that the defendant was extradited to the United States in or about July 2020 and has been in the custody of the Bureau of Prisons since that date, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED:

Dated: New York, New York
       JUNE 15, 2021

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK