Law Offices Of

# IANNUZZI AND IANNUZZI

as P. Iannuzzi (1930-1972)
Nicholas Iannuzzi, J.D.
as P. Iannuzzi, II, J.D.

Hon. Colleen McMahon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: U.S. A. v. Hassan Labran
<u>13 CR 874 (CM)</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/22

**Honorable Judge McMahon:**

    The above referenced Defendant was sentenced by Your Honor on September 30, 2021 to a period of 3 years probation.

    As Your Honor may recall, Defendant is a native of Africa who has been separated from his family for approximately 30 months since the time of his arrest.

    Defendant has recently started a new business, Kingbazaza Ent LLC, which he registered through the New York Department of State. This is a business which shall bring foodstuffs from Africa to be sold in the United States. See attached..

    The Defendant has asked me to write to the Court for permission to travel to Africa for a specific period of time, three to four weeks, both to re-visit his family and to make arrangements for Imports for his new business.

    I have spoken to Claudell Brehon, his Probation Officer, who has advised me that Mr. Labron has been entirely compliant to date. Ms. Brehon has no objection - subject to the determination of this Court - for Mr. Labron to travel so long as he informs Probation of the dates leaving, returning, and contact information while in Africa.

    I have called A.U.S.A. Gutwillig in connection with the Government's position vis a vis travel for Defendant. I am awaiting word back from Mr.Gutwillig, but do not anticipate that he will have any objection thereto.

    Permission is requested for Defendant to travel to Africa, with dates and contact information to be established to the satisfaction of the Probation

Connecticut: 266 Post Road East – Westport – H.D. Murphy
Los Angeles: 1377 West Olympic Boulevard – D.A. Elden
Washington, D.C. – 801 Pennsylvania Avenue NW. D.E. Santerelli
San Francisco: 345 Franklin Street – Hugh Anthony Levine

Montreal: 1592 Ave. des Pines W. Claude Girouard
Nassau, Bahamas – Trinity Place – Kneel Smith M.P.
E-mail – LawOffice@iannuzzi.net
Facsimile (212) BA7-2099



Department.

    If there is any other or further information that this Court may require, please have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

*john nicholas iannuzzi*
john nicholas iannuzzi, JD

**City of New York**
**March 3, 2022**

c:    A.U.S.A Gutwillig;
      P.O. Brehon

3/9/22

So Ordered: _____

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for KINGBAZAZA ENT LLC, File Number 220126001503 has been compared with the original document in the custody of the Acting Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 26, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

ARTICLES OF ORGANIZATION
OF
KINGBAZAZA ENT LLC
Under Section 203 of the Limited Liability Company Law

FIRST: The Name of the limited liability company is: **KINGBAZAZA ENT LLC**

SECOND: The county, within this state, in which the office of the limited liability company is to be located is **BRONX**

THIRD: The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:
**KINGBAZAZA ENT LLC
1681 TOWNSEND AVE
BRONX, NY 10453**

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

HASSAN LABRAN (Signature)
-------------------------------------------------
HASSAN LABRAN, ORGANIZER
1681 TOWNSEND AVE
BRONX, NY 10453

Filed by:

HASSAN LABRAN
1681 TOWNSEND AVE
BRONX, NY 10453