

Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1972)
John Nicholas Iannuzzi, J.D.
Nicholas P. Iannuzzi, II, J.D.

Hon. Colleen McMahon, U.S.D.J.
**United States Courthouse**
**500 Pearl Street**
**New York, N.Y. 10007**

233 Broadway, - 2204, City of New York 10279 - (212) BA7-9595
Long Island: 775 Park Avenue - Huntington 11743 - (631) 385-8182
Connecticut: 266 Post Road East - Westport -- H.D. Murphy
Los Angeles: 1377 West Olympic Boulevard -- D.A. Elden
Washington, D.C. - 801 Pennsylvania Avenue NW- D.E. Santerelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Re: *U.S. A. v. Hassan Labran*
    *13 CR 874 (CM)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/22

**Honorable Judge McMahon:**

This office represents the above referenced Defendant who was sentenced by THIS Court on September 30, 2021 to a period of 3 years probation.

As Your Honor may recall, Defendant is a native of Africa who has been separated from his family for approximately 30 months since the time of his arrest.

On or about the beginning of March 2022, I wrote to Your Honor requesting that the Defendant be permitted - under the constant supervision of the Probation Department - to return to Africa for both personal and business reasons., I had mentioned in my previous letter that Defendant has begun a new business, Kingbazaza Ent LLC, which he registered through the New York Department of State. This is a business which shall bring foodstuffs from Africa to be sold in the United States.

Your Honor graciously granted the request for Defendant's travel to Africa. However, when Defendant undertook to arrange with Probation for such travel, he was advised that permission had been granted for only 3 to 4 weeks.

Defendant has advised me that although the personal aspect of his travel can be accomplished in the allowed time, the business interests that he wishes to pursue will, unfortunately, require more time to accomplish. He has advised me that he has to travel to Tamale, Ghana, which is in the Northern section of the country, then to Takoradi, in the Western section, then to Kumasi, which is located in the rain forest region near Lake Bosomtwe. Subsequent to travel to the various above referenced locales to obtain product, Defendant then has to arrange to have all shipped to Accra, in the southern most section of the country, for transportation to the United States.

Roma: Via XX Settembre, 118 - Avv. Mauro Fiore
Beijing: Wudong Plaza, No. 9 – Wu Chen
Montreal: 1592 Ave. des Pines W. - Claude Girouard
Nassau, Bahamas: -- Trinity Place -- Kued Smith M.P.
E-mail - LawOffice@iannuzzi.net
Facsimile (212) BA7-2099



Defendant advises me that his new business venture would require more time than Probation has said he has so far been allowed and begs the Court's indulgence to permit him - again, under the <u>direct and constant supervision and control of Probation - the period of four (4) months to travel and complete his business arrangements before returning to the United States.</u>

As I mentioned in my previous letter to this Court, I had contacted A.U.S.A. Gutwillig concerning this request. He has advised me that the government has no objection, subject to the approval of this Court, to the Defendant's travel under the supervision of the Probation Department.

If there is any other or further information this Court requires concerning the above indicated, kindly have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

*[signature]*

john nicholas iannuzzi, JD

MEMO ENDORSED

City of New York
April 11, 2022

c:   A.U.S.A Gutwillig;
     P.O. Brehon

Permission to travel as requested herein is Granted.

*[signature]*

So Ordered: _____