

Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1930-1972)
John Nicholas Iannuzzi, J.D.
Nicholas P. Iannuzzi, II, J.D.

Hon. Colleen McMahon, U.S.D.J.
**United States Courthouse**
**500 Pearl Street**
**New York, N.Y. 10007**

Re: *U.S. A. v. Hassan Labran*
   <u>13 CR 874 (CM)</u>

Honorable Judge McMahon:

   This office represents the above referenced Defendant who was sentenced by THIS Court on September 30, 2021 to a period of 3 years probation.

   Your Honor graciously granted the request for Defendant's travel to Africa for a period of three (3) months on April 28, 2022.

   Defendant, father of Bilkis Shehu Hassan, two (2) years old, and husband to Nusiratu Muftawu, begs the Court's indulgence to permit him, under the direct supervision and control of Probation - permission to travel to England, to visit said wife and child in the midst of his return to the United States.

   If there is any other or further information this Court requires concerning the above indicated, kindly have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

*Shakira A. Fantauzzi*
Shakira A. Fantauzzi, J.D.

City of New York
May 26, 2022

c:   A.U.S.A Gutwillig;
    P.O. Brehon

So Ordered: _____
U.S.D.J.  Part I
5/31/22