MEMO ENDORSED



**IANNUZZI Law Firm**
233 Broadway, Suite 2204
New York, NY 10279
Telephone: (212)227-9595

Hon. Colleen McMahon, U.S.D.J.
United States Courthouse      10/18/2022
500 Pearl Street
New York, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2022

Re: *U.S. A. v. Hassan Labran*
13 CR 874 (CM)

Honorable Judge McMahon:

    This office represents the above referenced Defendant who was sentenced by THIS Court on September 30, 2021 to a period of 3 years probation.

    Your Honor may recall that earlier this year, in April, we requested permission for the Defendant to visit his family in England and to complete business arrangements in Africa for a business enterprise named Kingbazaza Ent LLC, a business engaged in importing foodstuffs from Africa to be sold in the United States.

    Your Honor was gracious enough to grant Defendant such permission for a period of four (4) months by Order entered April 28, 2022.

    Defendant traveled internationally, returned dutifully to the United States and has been entirely compliant with the terms of his probation and with his Probation Officer.

    At this time, Defendant requests permission from the Court to travel again to England where his wife is being graduated from London South Bank University on October 20, 2022. Defendant wishes to attend his wife's graduation ceremony and a social event scheduled immediately thereafter.

    . Additionally, Defendant wishes to continue from England to Africa to complete further business transactions for his fledgling company which, he is proud to advise the Court, is growing successfully.

    Defendant has advised his Probation Officer of his desire to travel. I do not believe Probation, who is copied with this letter, shall have any objection to Defendant's travel as he has been fully compliant with the terms and conditions of probation to date.

    If there is any other or further information this Court required concerning



the above indicated, kindly have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

Shakira A. Fantauzzi, J.D.

City of New York
September 16, 2022

P.O. Sonales Gonzales

> The Probation Officer Sonales Gonzales has been advised and has no objection to Mr. Labran's travel.