

Law Offices Of
# IANNUZZI and IANNUZZI

Nicholas P. Iannuzzi (1930 - 1972)
Nicholas P. Iannuzzi, II, J.D.
Shakira A. Fantauzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/23

Hon. Colleen McMahon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

MEMO ENDORSED

3/23/23

Re: U.S. A. v. Hassan Labran
**13 CR 874 (CM)**

Permission to travel as requested herein is Granted

Honorable Judge McMahon:

    This office represents the above referenced Defendant who was sentenced by this Court on September 30, 2021 to a period of 3 years probation.

    Your Honor may recall in October, 2022, a request was made for permission for the Defendant to visit his family in England to attend his wife's graduation ceremony and social events scheduled immediately thereafter. Additionally, the request sought permission for Defendant to continue from England to Ghana to complete further business transactions for Defendant's fledgling company, Kingbazaza Ent LLC, a business engaged in importing foodstuffs from Ghana to be sold in the United States.

    Your Honor was gracious enough to grant Defendant such permission for a period of three (3) months by Order entered October 20, 2022.

    Defendant traveled internationally, returned dutifully to the United States and has been entirely compliant with the terms of his probation and with his Probation Officer since.

    At this time, Defendant requests permission from the Court to travel again internationally, first to Ghana for the religious period of Ramadan which starts on March 23, 2023, thereafter to celebrate Eid Al-Fitr with his family, at the end of Ramadan on April 21, 2023.

    From Ghana, Defendant wishes to travel to England to visit his children who live there. From England, Defendant would return to Ghana to conduct further business arrangements for his Kingbazaza enterprise.

    Altogether, the Defendant seeks permission to be out of the United States from March 2023 to the end of June 2023.

233 Broadway, - 2204, City of New York 10279 - (212) BA7-9595
Long Island: 775 Park Avenue - Huntington 11743 - (631) 385-8182
Connecticut: 266 Post Road East - Westport - H.D. Murphy
Los Angeles: 11377 West Olympic Boulevard - D.A. Elden
Washington D.C. - 801 Pennsylvania Avenue NW - D.E. Santarelli
San Francisco: 345 Franklin Street - Hugh Anthony Levine

Roma: Via XX Settembre, 118 - Avv. Mauro Fiore
Beijing: Wudong Plaza, No.9 - Wu Chen
Montreal: 1592 Ave. des Pines W. - Claude Girouard
Nassau, Bahamas: Trinity Place - Koed Smith M.P.
E-mail - lawoffice@iannuzzi.net
Facsimile (212) BA7-2099



Defendant has undertaken to advise his Probation Officer of his desire to travel. To date he has been unable to contact the Probation Officer directly or speak to her in person. I do not believe however, the Probation officer, who is copied with this letter, shall have any objection to Defendant's travel as he has been fully compliant with the terms and conditions of probation to date and has successfully and timely completed other international sojourns with the Court's permission.

If there is any other or further information this Court required concerning the above indicated, kindly have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

*Shakira A. Fantauzzi*
Shakira A. Fantauzzi, J.D.

City of New York
March 21, 2023

P.O. Sonales Gonzales