

# Law Offices Of
## IANNUZZI and IANNUZZI

Nicholas P. Iannuzzi (1930 - 1972)
Nicholas P. Iannuzzi, II, J.D.
Shakira A. Fantauzzi, J.D.

**MEMO ENDORSED**

Hon. Colleen McMahon, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: U.S.A. v. Hassan Labran
13 CR 874 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2023

**Honorable Judge McMahon:**

The above referenced Defendant was sentenced by Your Honor on September 30, 2021 to a period of 3 years probation.

As Your Honor may recall, Defendant is a native of Africa who has been separated from his family for approximately 30 months since the time of his arrest.

On or about March 21, 2023, I wrote your Honor requesting that the Defendant be permitted - under the constant supervision of Probation - to travel to Ghana to visit his family for the religious period of Ramadan while conducting further business transactions for his Kingbazaza enterprise.

Your Honor graciously granted the request for Defendant's travel for a period of three (3) months on March 23, 2023.

The Defendant has asked me to write to the Court for permission to extend his current travel by four (4) weeks, and ending August 31, 2023, both to re-visit his family, and to make further arrangements for imports for his company.

Defendant has advised his Probation Officer of his desire to extend his current travel. I do not believe Probation, who is copied with this letter, shall have any objection to Defendant's travel as he has been fully compliant with the terms and conditions of probation to date. Defendant has also successfully and timely completed other international stays with this Court's permission.

6/12/2023
I have no objection. I do not consent to any further extension.

If there is any other or further information that this Court may require, please have someone on your staff contact me and I shall endeavor to provide the same.

Respectfully,

*Shakira A. Fantauzzi*
Shakira A. Fantauzzi, J.D.

City of New York
June 1, 2023

cc:
    P.O. Sonales Gonzales

So Ordered: _____